# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Crim. No. 5:12-CR-170-4H**

**TRAVIS SENTELL WALKER**

On June 23, 2015, the above named was released from prison and commenced a term of supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain　　　　　　　　　　　　/s/ Mark Culp
Michael C. Brittain　　　　　　　　　　　　　　Mark Culp
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　Phone: 910-818-0685
　　　　　　　　　　　　　　　　　　　　　　Executed On: December 1, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 4th day of December 2017.

_____
Malcolm J. Howard
Senior U.S. District Judge